Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  22−14198−JKS
                        Chapter:  13
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Adriana G. Banchon
    320 35th Street
    Union City, NJ 07087

Social Security No.:
    xxx−xx−5334

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 18, 2022.


Dated: July 18, 2022
JAN: rah

                                                                Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-14198-JKS |
| Adriana G. Banchon | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 18, 2022 | Form ID: plncf13 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adriana G. Banchon, 320 35th Street, Union City, NJ 07087-4747 |
| 519622155 | | American Express, Attn: Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519622156 | + | American Express, Attn: Radius Global Solutions, LLC, 500 North Franklin Turnpike, Suite 200, Ramsey, NJ 07446-1160 |
| 519657598 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519622164 | + | Capital One N.A./ Pottery Barn, Attn: Cawley & Bergmann, LLC, 550 Broad Street, Suite 1001, Newark, NJ 07102-4542 |
| 519622166 | + | Citibank, N.A., Attn: Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |
| 519622168 | + | Comenity Bank/ Pier 1 Imports, Attn: Midland Credit Management, Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519622169 | + | Comenity Capital Bank/ BJ's, Attn: Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519622170 | + | Comenity Capital Bank/ Sephora, Attn: Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519623094 | + | Joselito Banchon, 320 35th Street, Union City, NJ 07087-4747 |
| 519622173 | + | Pottery Barn Key Rewards Card, Attn: Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 519622174 | | Synchrony Bank/ Amazon, Attn: Selip & Stylianou, LLP, PO Box 366, Woodbury, NY 11797-0366 |
| 519622179 | + | TD Bank USA, N.A. (Target Credit Card), Attn: Lyons, Doughty & Veldhuis, P.C., PO Box 1269, Mount Laurel, NJ 08054-7269 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 20:51:47 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519622154 | + | Email/PDF: bncnotices@becket-lee.com | Jul 18 2022 20:51:16 | American Express, Attn: Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519646796 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2022 20:51:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519622159 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2022 20:41:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519622158 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2022 20:41:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519631067 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2022 20:41:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519622161 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2022 20:41:00 | Bank of America, N.A., Attn: Correspondence Unit, FL-1-908-01-49, PO Box 31785, Tampa, FL 33631-3785 |
| 519622162 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 18 2022 20:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519622163 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 22-14198-JKS    Doc 16    Filed 07/20/22    Entered 07/21/22 00:13:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: plncf13 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 18 2022 20:51:34 | Capital One, Attn: Bankruptcy, PO Box Box 30285, Salt Lake City, UT 84130-0285 |
| 519629648 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2022 20:51:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519622165 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2022 20:51:15 | Capital One/ Walmart, PO Box 4069, Carol Stream, IL 60197-4069 |
| 519623900 | + | Email/Text: bankruptcy@cavps.com | Jul 18 2022 20:42:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519622172 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2022 20:51:42 | Macy's American Express, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 519640246 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2022 20:42:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519622171 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 18 2022 20:41:00 | Kohls/Capital One, Attn: Bankruptcy, PO Box 3043, Milwaukee, WI 53201-3043 |
| 519656794 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2022 20:51:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519628282 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2022 20:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519661271 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2022 20:51:18 | Portfolio Recovery Associates, LLC, c/o BEST BUY, POB 41067, Norfolk, VA 23541 |
| 519661272 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2022 20:51:40 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519633676 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2022 20:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519623442 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 20:51:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519622175 | | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 20:51:14 | Synchrony Bank/ PC Richards & Son, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 519622176 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 20:51:34 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519622177 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 20:51:47 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519622178 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 20:51:38 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519622157 | * | American Express, Attn: Nationwide Credit, Inc., PO Box 15130, Wilmington, DE 19850-5130 |
| 519647668 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519622160 | * | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 519657471 | * | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 519622167 | *+ | Citibank, N.A., Attn: Burton Neil & Associates, P.C., 1060 Andrew Drive, Suite 170, West Chester, PA 19380-5601 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 18, 2022 | Form ID: plncf13 | Total Noticed: 40 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nelson Aponte | on behalf of Debtor Adriana G. Banchon esq@nelsonaponte-lawoffice.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4